**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jorge Bermudez             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-11541 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                               Respectfully submitted,

                               /s/ **Brian C. Nicholas**
                               Brian Nicholas
                               23 Sep 2022, 06:10:34, EDT

                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106-1532
                               (215) 627-1322