## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Jorge Bermudez, | : | |
| | : | Bankruptcy No. 22-11541-PMM |
| Debtor | : | |

## PRAECIPE FOR ENTRY OF APPEARANCE

To the Clerk of the U.S. Bankruptcy Court:

Please **ENTER** my appearance on behalf of the Debtor in the above Chapter 13 bankruptcy Case and add my name and address to the matrix for all future notice purposes.

Respectfully Submitted,

Date: 10/11/22

John Byrd, Esq., ID No.: 321273
Attorney for the Debtor
North Penn Legal Services
33 N. Main St., Ste. 200
Pittston, PA 18640
(p) 570-320-8723
(f) 570-824-0001
jbyrd@northpennlegal.org