|  | IN THE BANKRUPTCY COURT FOR<br>THE EASTERN DISTRICT OF PENNSYLVANIA |
|---|---|
| **In re:**<br>Jorge Bermudez<br>Debtor | Bankruptcy<br><br>No. 22-11541-pmm |
| **NOTICE OF CONTINUED MEETING OF CREDITORS** ||

AND NOW COMES Jorge Bermudez, by and through counsel, John Byrd, Esq. of North Penn Legal Services, and hereby provides notice of the continued meeting of creditors.

Meeting of Creditors to be held on December 13, 2022, at 1:30 pm, via Video Conference.

Date: 11/23/22

John Byrd, Esq.
Attorney ID: 321273
Attorney for Debtor
North Penn Legal Services
33 N. Main St., Ste. 200
Pittston, PA 18640
(p) 570-320-8723
(f) 570-824-001

|  |  |
|---|---|
| In the Bankruptcy Court for the Eastern District of Pennsylvania | |
| **In re:**<br>Jorge Bermudez<br>Debtor | Bankruptcy<br><br>No. 22-11541-pmm |
| **Certificate of Service** | |

## CERTIFICATE OF SERVICE

I, John Byrd, Esq. of North Penn Legal Services, will serve a true and correct copy of this pleading via U.S. Postal Service, First Class, postage prepaid to:

See Creditor List Attached

_____
John Byrd, Esq.
North Penn Legal Services
33 N. Main St., Ste. 200
Pittston, PA 18640

Case 22-11541-pmm    Doc 47   Filed 11/28/22   Entered 11/28/22 14:38:33   Desc Main
Document      Page 3 of 4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 22-11541-pmm<br>Eastern District of Pennsylvania<br>Reading<br>Tue Nov 22 17:19:23 EST 2022 | Toyota Motor Credit Corporation<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | Reading<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601-4038 |
| American Express<br>One Financial Center, 200 Vesey Street<br>New York, NY 10285-0001 | Barclays Bank Delaware<br>100 West Street<br>Wilmington, DE 19801-5015 | Capital One Bank<br>1680 Capital One Drive<br>McLean, VA 22102-3407 |
| Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Comenity Bank c/o Midland Credit Mgmt. Inc.<br>P.O. Box 2121<br>Warren, MI 48090-2121 | Discover Bank<br>2500 Lane Cook Road<br>Riverwoods, IL 60015-3801 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Bank c/o Zwicker & Associates<br>3220 Tillman Drive, Suite 215<br>Bensalem, PA 19020-2028 | Discover Personal Loans<br>PO Box 30954<br>Salt Lake City, UT 84130-0954 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PNC Bank, National Association<br>C/O KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106-1541 | Radius Global Solutions LLC<br>7831 Glenroy Road<br>Suite 250-A<br>Minneapolis, MN 55439-3132 |
| Spring Oaks Capital SPV, LLC<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107-4202 |
| Valley Kidney Specialists c/o Keystone Credi<br>664 Furnace Hills Pike<br>Lilitz, PA 17543-8907 | JOHN ALAN BYRD<br>North Penn Legal Services<br>33 N. Main St.<br>Suite 200<br>Pittston, PA 18640-1949 | Jorge Bermudez<br>415 E. Laurel Street<br>Bethlehem, PA 18018-2941 |
| SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| PNC Bank<br>249 Fifth Avenue<br>Pittsburgh, PA 15222 | (d)PNC Bank, National Association<br>Attn: Bankruptcy Dept.<br>3232 Newmark Drive<br>Miamisburg, OH 45342 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC BANK, NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22