United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11541-pmm |
| Jorge Bermudez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jorge Bermudez, 415 E. Laurel Street, Bethlehem, PA 18018-2941 |
| 14698167 | + | Valley Kidney Specialists c/o Keystone Credit Serv, 664 Furnace Hills Pike, Lilitz, PA 17543-8907 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 06 2023 00:24:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 06 2023 00:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 06 2023 00:24:00 | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14698166 | + | Email/PDF: bncnotices@becket-lee.com | Jan 06 2023 00:37:17 | American Express, One Financial Center, 200 Vesey Street, New York, NY 10285-0001 |
| 14698164 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 06 2023 00:25:00 | Barclays Bank Delaware, 100 West Street, Wilmington, DE 19801-5015 |
| 14698165 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2023 00:26:04 | Capital One Bank, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 14724911 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 06 2023 00:26:01 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14698161 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 06 2023 00:25:00 | Comenity Bank c/o Midland Credit Mgmt. Inc., P.O. Box 2121, Warren, MI 48090-2121 |
| 14698163 | + | Email/Text: mrdiscen@discover.com | Jan 06 2023 00:24:00 | Discover Bank, 2500 Lane Cook Road, Riverwoods, IL 60015-3801 |
| 14723670 | | Email/Text: mrdiscen@discover.com | Jan 06 2023 00:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14698162 | + | Email/Text: bkfilings@zwickerpc.com | Jan 06 2023 00:25:00 | Discover Bank c/o Zwicker & Associates, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |
| 14722664 | + | Email/Text: dplbk@discover.com | Jan 06 2023 00:25:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14698160 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 06 2023 00:24:00 | PNC Bank, 249 Fifth Avenue, Pittsburgh, PA 15222 |
| 14736771 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 06 2023 00:24:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14723749 | ^ | MEBN | | |

Case 22-11541-pmm   Doc 54   Filed 01/07/23   Entered 01/08/23 00:30:48   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 20 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 06 2023 00:19:57 | PNC Bank, National Association, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14698159 | + | Email/Text: ngisupport@radiusgs.com | Jan 06 2023 00:24:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |
| 14736978 | | Email/PDF: bncnotices@becket-lee.com | Jan 06 2023 00:37:29 | Spring Oaks Capital SPV, LLC, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14729875 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 06 2023 00:24:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14736979 | * | Spring Oaks Capital SPV, LLC, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOHN ALAN BYRD | on behalf of Debtor Jorge Bermudez jbyrd@northpennlegal.org |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Jorge Bermudez<br><br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 22-11541-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 5, 2023**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE